ACCEPTED
03-15-00242-CV
6522670
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 12:54:30 PM
JEFFREY D. KYLE
CLERK

Case Number 03-15-00242-CV

IN THE THIRD DISTRICT COURT OF APPEALS
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 12:54:30 PM
JEFFREY D. KYLE
Clerk

GUILLERMO OCHOA-CRONFEL,

Appellant,

v.

PATRICK C. MURRAY,

Appellee.

From Cause No. D-1-GN-11-002136 in the 345th Judicial District Court
Of Travis County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Paul T. Morin, P.C.
State Bar No. 14460550
503 W. 14th Street
Austin, Texas 78701
Telephone: (512) 499-8200
Facsimile: (512) 499-8203
PMorin@austin.rr.com

Guillermo Ochoa-Cronfel
State Bar No. 15175600
2700 Bee Caves Road, Suite 103
Austin, Texas 78746
Telephone: (512) 347-9600
Facsimile: (512) 347-9911
Guillermo@thecronfelfirm.com

ATTORNEYS FOR APPELLANT

**August 14, 2015**

TO THE HONORABLE AUSTIN COURT OF APPEALS:

COMES NOW, Appellant, Guillermo Ochoa-Cronfel, and moves the Court to extend the time for Appellant to file his brief in this matter, pursuant to Tex. R. App. P. 10 and 38.6(d), and respectfully shows the Court as follows:

The deadline for filing Appellant's brief in this matter was July 29, 2015.

Appellant seeks an extension of thirty (30) days from the date of the filing of this Motion in which to file Appellant's brief, to September 14, 2015.

Appellant's failure to file before the deadline was not deliberate or intentional, but resulted from inadvertence and mistake. Appellant's undersigned counsel, Mr. Paul Morin's, ninety year old mother became ill very suddenly on June 26, 2015, and passed away on June 28, 2015. Mr. Morin is the lawyer of his family and was put in charge of the removal of his mother's body from her nursing home, closing out her account at the nursing home, contacting the funeral home, preparing her obituary, her rosary, the viewing, funeral arrangements, and finally her burial at Ft. Sam Houston National Cemetery in San Antonio, as the wife of a U.S. Army World War II and Korean War veteran. As a result of the aforementioned events, Appellant's counsel did not see the e-mail and notice letter from the Clerk of the Court, dated July 1, 2015, indicating that the Reporter's Record had been filed on June 29, 2015, so he did not calendar the date the Appellant's Brief was due accordingly.

Appellant has not requested any prior extensions, and no prior extensions have been granted, regarding the deadline to file Appellant's brief in this matter. Further, this appeal is from; (i) a judgment in favor of Appellant, for which Defendant/Appellee has tendered payment, so no interest is accruing; and, (ii) a sanctions Order against Appellant, which has already been paid by Appellant. Thus, neither Appellee nor Appellant will suffer any prejudice as a result of the Court granting this motion for extension of time to file Appellant's Brief, and allowing this matter to be determined on the merits.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests the Court grant his Motion for Extension of Time to File Appellant's Brief in this matter, extending the time for Appellant to file his brief to September 14, 2015, and for such other and further relief, in law and/or in equity, to which Appellant may show himself justly entitled.

Respectfully submitted,

Paul T. Morin, P.C.
503 W. 14th Street
Austin, Texas 78701
Telephone: (512) 499-8200
Facsimile: (512) 499-8203

/s/ *Paul T. Morin*
Paul T. Morin
State Bar No. 14460550
PMorin@austin.rr.com

Guillermo Ochoa-Cronfel

[3]

2700 Bee Cave Road, Suite 103
Austin, Texas 78746
Telephone:  512-347-9600
Facsimile:  512-347-9911
Guillermo@thecronfelfirm.com

/s/ *Guillermo Ochoa-Cronfel*
Guillermo Ochoa-Cronfel
State Bar No. 15175600

ATTORNEYS FOR APPELLANT


# CERTIFICATE OF CONFERENCE

I, Paul T. Morin, hereby certify that I have conferred with counsel for Appellee about the merits of this Motion for Extension of Time to File Appellant's Brief, and that he indicated to me that Appellee does not oppose same.

/s/ *Paul T. Morin*
Paul T. Morin


# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has, on this 14th day of August, 2015, been sent to opposing counsel of record as follows:

Gregory R. Ave                       Via E-Serve
Walters, Balido & Crain, L.L.P.      & E-mail: Greg.Ave@wbclawfirm.com
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231

ATTORNEY FOR APPELLEE


/s/ *Paul T. Morin*
Paul T. Morin

[4]